**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**GREAT NORTHERN PRODUCTS, LTD., d/b/a**
**"THE WORLD OF GREAT NORTHERN" &**
**"GREAT NORTHERN INTERNATIONAL"**

**V.** **C.A. No.** 08-214/ML

**DAVID SUSSMANN d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."**
**SEAFOOD EXPORT BAIT DIVISION, INC. d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."**
**GREAT NORTHERN INTERNATIONAL SAS, d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."**

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF**
**GREAT NORTHERN PRODUCTS, LTD.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Great Northern Products, Ltd., hereby states that there is no corporate parent or any publicly held corporation that owns ten percent (10%) ore more of its stock.

Great Northern Products, Ltd.
By its attorneys,

/S/ Carl Levin (acc)

Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
(401) 751-4124 FAX
*clevin@agglaw.com*