**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**GREAT NORTHERN PRODUCTS, LTD., d/b/a**
**"THE WORLD OF GREAT NORTHERN" &**
**"GREAT NORTHERN INTERNATIONAL"**

**V.** **C.A. No.** 08-214/ML

**DAVID SUSSMANN d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."**
**SEAFOOD EXPORT BAIT DIVISION, INC. d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."**
**GREAT NORTHERN INTERNATIONAL SAS, d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."**

**PLAINTIFF'S MOTION FOR THE ISSUANCE OF A TEMPORARY RESTRAINING ORDER**

Now comes Plaintiff, Great Northern Products, Ltd., d/b/a the World of Great Northern and d/b/a/ Great Northern International, and pursuant to Federal Rule of Civil Procedure 65 and 15 U.S.C. §1116, hereby moves that this Court issue a Temporary Restraining Order as follows:

a. that Defendants are enjoined from using Plaintiff's trademarks "Great Northern Products Trademark", "The World of Great Northern Trademark" and the "Globe Trademark" in the United States and its territories;

b. that Defendants are enjoined from using Plaintiff's tradenames "Great Northern" and "Northern Products" in the United States and its territories.

c. that Defendants are enjoined from displaying on the internet and in print materials the e-mail address *info@northernproducts.com* and the website *www.northernproducts.com*.

d. that Defendants are enjoined from misrepresenting on the internet and in print materials that Defendants' United States mailing address is P.O. Box 7622, Warwick, Rhode Island.

e. that Defendants are enjoined from displaying on the internet and in print materials the e-mail address *sales@northernproducts.com*;

f. that Defendants are ordered to file with the Court and serve on Plaintiff within thirty (30) days after service on Defendants of said temporary restraining order a report in writing under oath setting forth in detail the manner in which Defendants have complied with this injunction; and

g. that goods and counterfeit marks evidencing the aforesaid violations, the means of making such marks, and records documenting the manufacture, sale, or receipt of things involved in such violation may be seized.

In support of this request for injunctive relief, Plaintiff has filed a verified complaint with exhibits appended thereto.

Great Northern Products, Ltd.
By its attorneys,

/S/ Carl Levin (GCG)

Carl S. Levin, Esq. (#3336)
Armstrong, Gibbons & Gnys, LLP
155 South Main Street, Suite 301
Providence, Rhode Island 02903
(401) 751-1500 Ext. 26
clevin@agglaw.com

/S/

Henry V. Boezi III, Esq. (#3207)
67 Cedar Street, Suit 105
Providence, RI 02903
(401) 861-8080
*HVBoeziIII@aol.com*