UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREAT NORTHERN PRODUCTS, LTD. d/b/a "THE WORLD OF GREAT NORTHERN" and "GREAT NORTHERN INTERNATIONAL"<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SUSSMAN d/b/a "Seafoodexport The World of Great Northern" and "Great Northern Products, Ltd."; SEAFOOD EXPORT BAIT DIVISION, INC. d/b/a "Seafoodexport The World of Great Northern" and "Great Northern Products, Ltd."; GREAT NORTHERN INTERNATIONAL SAS d/b/a "Seafoodexport The World of Great Northern" and "Great Northern Products, Ltd."<br><br>Defendants. | ) | C.A. No. 08-214-ML |

**ENTRY OF APPEARANCE**

I, Mark W. Freel of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of defendants David Sussman, Seafood Export Bait Division, Inc., and Great Northern International SAS in the above-captioned action.

DAVID SUSSMAN, SEAFOOD
EXPORT BAIT DIVISION, INC.
and GREAT NORTHERN
INTERNATIONAL SAS

By their Attorneys,

/s/ Mark W. Freel
Mark W. Freel (#4003)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)
mfreel@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 5, 2008.

/s/ Mark W. Freel
Mark W. Freel