UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GREAT NORTHERN PRODUCTS, LTD. d/b/a “THE WORLD OF GREAT NORTHERN” and “GREAT NORTHERN INTERNATIONAL”<br><br>Plaintiff,<br><br>v.<br><br>DAVID SUSSMANN d/b/a “Seafoodexport The World of Great Northern” and “Great Northern Products, Ltd.”; SEAFOOD EXPORT BAIT DIVISION, INC. d/b/a “Seafoodexport The World of Great Northern” and “Great Northern Products, Ltd.”; GREAT NORTHERN INTERNATIONAL SAS d/b/a “Seafoodexport The World of Great Northern” and “Great Northern Products, Ltd.”<br><br>Defendants. | ) | C.A. No. 08-214-ML |

**STIPULATION**

Plaintiff Great Northern Products, Ltd., through its undersigned counsel, and defendants David Sussmann, Great Northern International SAS, and Seafood Export Bait Division, Inc. ("Defendants"), through their undersigned counsel, stipulate and agree that the time for Defendants to answer, move or otherwise respond to the Verified Complaint is hereby extended through August 8, 2008.

DAVID SUSSMANN, SEAFOOD EXPORT BAIT DIVISION, INC., and GREAT NORTHERN INTERNATIONAL SAS

By their Attorneys,

/s/ Raymond M. Ripple
Mark W. Freel (#4003)
Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
mfreel@eapdlaw.com
rripple@eapdlaw.com

GREAT NORTHERN PRODUCTS, LTD.

By its Attorneys,

/s/ Carl S. Levin
Carl S. Levin (#3336)
Armstrong, Gibbons & Gnys LLP
155 South Main Street, Suite 301
Providence, RI 02903
(401) 751-1500, Ext. 26
clevin@agglaw.com

Dated: July 3, 2008