UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Court File No.CA0821-4**

**BETWEEN : GREAT NORTHERN PRODUCTS, LTD et AL**
**PLAINTIFF**

**And**

**DAVID SUSSMANN et AL**
**DEFENDANT**

**AFFIDAVIT OF SERVICE**

I, **JEAN-FRANÇOIS PETIT**, a Bailiff of Justice in the Province of Québec, Canada, having my office at 639, 8e Avenue, in the City and Judicial District of Quebec, Province of Quebec, Canada, having been duly sworn, **MAKE OATH AND SAY AS FOLLOWS:**

1. I served the Defendant, Great Northern International SAS, a/s Martin St-Amant, agent authorised representative, with the summons, complaint and exhibits A to S by leaving a copy with him at 580, Grande-Allée est, bureau 440, Québec, (Qc), on June 9th 2008 at approximately 15:20 p.m.

2. I served the Defendant, Seafood Export Bait division inc., a/s Martin St-Amant, agent authorised representative, with the summons, complaint and exhibits A to S by leaving a copy with him at 580, Grande-Allée est, bureau 440, Québec, (Qc), on June 9th 2008 at approximately 15:20 p.m.

3. I was able to identify the person by means of her admission to me that he was Martin St-Amant

**JEAN-FRANÇOIS PETIT**
**Bailiff of Justice**

**SWORN BEFORE ME** at the City of Quebec, this 9 day of **Juin, 2008**

**Commissioner for taking oaths**
**In and for the province**

COMMISSAIRE À L'ASSERMENTATION
DENISE GUÉRARD
169 806
TOUS LES DISTRICTS JUDICIAIRES