SOCIETE CIVILE PROFESSIONNELLE
**Michel BERNARD**
**Marie-Hélène MALICK-DUPLAA**
HUISSIERS DE JUSTICE ASSOCIES
---
4 PLACE FELIX BARET
B.P. 12
13251 MARSEILLE CEDEX 20
TEL : 04.91.33.18.44
FAX : 04.91.33.61.76
CCP 4622 10 S MARSEILLE

**SECOND ORIGINAL**

# SIGNIFICATION

L'AN DEUX MILLE HUIT

ET LE VINGT JUIN

**A LA REQUETE DE** :

**GREAT NORTHERN PRODUCTS, Ltd**
Située P.O. Box 7622
Warwick, Rhode Island 02887 – U.S.A.
Agissant aux poursuites et diligences de son représentant légal en exercice.

***Nous, Société Civile Professionnelle Michel BERNARD et Marie-Hélène MALICK-DUPLAA, Huissiers de Justice Associés, titulaire d'un Office d'Huissier de Justice à la Résidence de MARSEILLE, y demeurant 4 Place Félix Baret, 13006, soussigné,***

**AVONS SIGNIFIE ET REMIS A** :

Monsieur David SUSSMANN demeurant et domicilié 28 Allée de la Compassion, 13012 MARSEILLE (France), rencontré sur son lieu de travail chez la Société GREAT NORTHERN INTERNATIONAL – GNI - 8 Boulevard Edouard Herriot, 13008 MARSEILLE (France).

L'original de la « Summons in a Civil Action » (N° CA 08 214ML) en date du 30.05.08, rédigé sur une feuille recto-verso, avec une copie de « the complaint ».

Et ce afin que le requis ne l'ignore

# *Extrait Kbis*

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 16 Juin 2008

## IDENTIFICATION

| | |
|---|---|
| *Dénomination sociale :* | **GREAT NORTHERN INTERNATIONAL** |
| *Sigle :* | GNI |
| *Numéro d'identification :* | 413 959 610 R.C.S. MARSEILLE |
| *Numéro de gestion :* | 1999 B 00194 |
| *Date d'immatriculation :* | 27 Janvier 1999 |

## RENSEIGNEMENTS RELATIFS A LA PERSONNE

| | |
|---|---|
| *Forme juridique :* | Société par actions simplifiée |
| *Au capital de :* | 382 500,00 Euros |
| *Adresse du siège :* | 8 Boulevard Edouard Herriot 13008 MARSEILLE |
| *Durée de la société :* | Jusqu'au 06 OCTOBRE 2096 |
| *Date d'arrêté des comptes :* | 31 Mars |
| *Constitution - Dépôt de l'acte constitutif :* | Au Greffe du Tribunal de Commerce de NANTERRE le 06 Octobre 1997 sous le numéro 025641 |
| *Publication :* | Le parisien du 1 Octobre 1997 |
| *Transfert de :* | NANTERRE |
| *Dépôt de l'acte :* | Au Greffe du Tribunal de Commerce de MARSEILLE le 27 Janvier 1999 sous le numéro 1051 |
| *Publication au Greffe du nouveau siège :* | *Journal* Les nouvelles publications du 20 Janvier 1999 |

## ADMINISTRATION

| | |
|---|---|
| *Président* | Monsieur SUSSMANN DAVID<br>*né(e) le* 10/10/1970 à FONTENAY AUX ROSES 92260<br>*de nationalité* Française<br>*demeurant* 47 Boulevard DE BONNEVEINE 10 IMPASSE ROSELINE 13008 MARSEILLE |
| *Commissaire aux comptes titulaire* | Monsieur CLERE YVES<br>*demeurant* 47 Boulevard PAUL PEYTRAL 13006 MARSEILLE |
| *Commissaire aux comptes suppléant* | Monsieur LAN ROBERT<br>*demeurant* 47 Boulevard PAUL PEYTRAL 13006 MARSEILLE |

## RENSEIGNEMENTS RELATIFS A L'ACTIVITE COMMERCIALE

| | |
|---|---|
| *Origine de la société :* | Transfert du siège et de l'établissement principal<br>NANTERRE<br>*à compter du* 28 Décembre 1998<br>*ancien numéro R.C.S.* 097B04862 |
| *Origine du fonds ou de l'activité :* | Création d'un fonds de commerce |
| *Activité :* | le négoce et le commerce de gros de tous produits surgelés La prestation de services de conseils aux sociétés du secteur |



Le mot "ORIGINAL" ci-dessus signifie que vous êtes en présence d'un original émanant du greffe
IMPRIMERIE NATIONALE SÉCURITÉ

Greffe du Tribunal de Commerce de MARSEILLE
2 Rue Emile Pollak
13006 MARSEILLE

413 959 610 R.C.S. MARSEILLE
Nos références : SCN
(1999 B 00194)

# Extrait Kbis

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 16 Juin 2008

| | |
|---|---|
| | l'alimentation congelés dans les domaines suivants : Prospectus et suivi de clientèle relations avec les entreposeurs transitaires compagnies maritimes administration (douanes etc ...) coordination et logistique publicité et marketing (sans stockage) |
| *Nom commercial :* | SEAFOODEXPORT.FR |
| *Adresse de l'établissement principal :* | 8 Boulevard Edouard Herriot 13008 MARSEILLE |
| *Commencement d'activité le :* | 01 Janvier 1999 |
| *Mode d'exploitation :* | Exploitation directe |

**OBSERVATIONS**

| | |
|---|---|
| *27 Janvier 1999 , numéro 59291* | La société ne conserve pas d'établissement secondaire dans le ressort de l'ancien siège |

Extrait délivré à MARSEILLE, le 17 juin 2008 sur 2 page(s)

Le Greffier,

RN

*Fin de l'extrait*



Le mot "ORIGINAL" ci-dessus signifie que vous êtes en présence d'un original émanant du greffe

IMPRIMERIE NATIONALE SÉCURITÉ