AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

GREAT NORTHERN PRODUCTS, LTD., d/b/a "THE WORLD OF GREAT NORTHERN" & "GREAT NORTHERN INTERNATIONAL"
Plaintiff

v.

DAVID SUSSMANN d/b/a "Seafoodexport The World of Great Northern", et al
Defendant

Civil Action No. CA 08 214M

**Summons in a Civil Action**

To: *(Defendant's name and address)*

David Sussmann d/b/a "Seafoodexport The World of Great Northern" & "Great Northern Products, Ltd."

28 Allee de la compassion
13012 Marseille, France

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Carl S. Levin, Esq.
Armstrong Gibbons & Gnys, LLP
155 South Main Street
Providence, Rhode Island, USA

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/30/08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

M. BERNARD
M-H. MALICK-DUPLAA
------
*Huissiers de Justice Associés*
------
*4 Place Félix Baret*
*B.P 12*
*13251 MARSEILLE*
*CEDEX 20*
------
*Tel. 04.91.33.18.44*
*Fax. 04.91.33.61.76*
*CCP 462210S MARSEILLE*

# PROCES VERBAL DE SIGNIFICATION

(A PERSONNE SUR LE LIEU DE TRAVAIL)

**A Monsieur SUSSMANN David**

Cet acte a été remis par Huissier de Justice dans les conditions ci-dessous indiquées, et suivant les déclarations qui lui ont été faites le :

**VINGT JUIN DEUX MILLE HUIT**

**A Monsieur SUSSMANN David**

**<u>Références à rappeler</u> :**
*Dossier* : 100045110
*Acte* : 2541603

rencontré sur son lieu de travail :
chez La Société GREAT NORTHEN INTERNATIONAL
8 Bld Edouard HERRIOT 13008 Marseille

où étant et parlant à sa personne ainsi déclarée, à qui nous avons remis copie de l'acte.

La copie du présent acte comporte L'original de la "SUMMONS in a civil Action" et une copie de "the complaint".

**Michel BERNARD**
**Huissier de Justice Associé**

**<u>Coût du présent acte</u>**

| | |
|---|---|
| *Articles 6 & 7* | |
| Droits fixes | 52.80 |
| *Article 18* frais | |
| Déplacement | 6.22 |
| Montant H.T. | 59.02 |
| Montant T.V.A | 11.57 |
| *Article 20* Débours | |
| Taxe | 9.15 |
| **Montant T.T.C** | 79.74 |

SOCIETE CIVILE PROFESSIONNELLE
**Michel BERNARD**
**Marie-Hélène MALICK-DUPLAA**
HUISSIERS DE JUSTICE ASSOCIES
---
4 PLACE FELIX BARET
B.P. 12
13251 MARSEILLE CEDEX 20
TEL : 04.91.33.18.44
FAX : 04.91.33.61.76
CCP 4622 10 S MARSEILLE

**SECOND ORIGINAL**

# SIGNIFICATION

L'AN DEUX MILLE HUIT

ET LE VINGT JUIN

**A LA REQUETE DE** :

**GREAT NORTHERN PRODUCTS, Ltd**
Située P.O. Box 7622
Warwick, Rhode Island 02887 – U.S.A.
Agissant aux poursuites et diligences de son représentant légal en exercice.

***Nous, Société Civile Professionnelle Michel BERNARD et Marie-Hélène MALICK-DUPLAA, Huissiers de Justice Associés, titulaire d'un Office d'Huissier de Justice à la Résidence de MARSEILLE, y demeurant 4 Place Félix Baret, 13006, soussigné,***

**AVONS SIGNIFIE ET REMIS A** :

Monsieur David SUSSMANN demeurant et domicilié 28 Allée de la Compassion, 13012 MARSEILLE (France), rencontré sur son lieu de travail chez la Société GREAT NORTHERN INTERNATIONAL – GNI - 8 Boulevard Edouard Herriot, 13008 MARSEILLE (France).

L'original de la « Summons in a Civil Action » (N° CA 08 214ML) en date du 30.05.08, rédigé sur une feuille recto-verso, avec une copie de « the complaint ».

Et ce afin que le requis ne l'ignore

# *Extrait Kbis*

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 16 Juin 2008

## IDENTIFICATION

| | |
|---|---|
| *Dénomination sociale :* | **GREAT NORTHERN INTERNATIONAL** |
| *Sigle :* | GNI |
| *Numéro d'identification :* | 413 959 610 R.C.S. MARSEILLE |
| *Numéro de gestion :* | 1999 B 00194 |
| *Date d'immatriculation :* | 27 Janvier 1999 |

## RENSEIGNEMENTS RELATIFS A LA PERSONNE

| | |
|---|---|
| *Forme juridique :* | Société par actions simplifiée |
| *Au capital de :* | 382 500,00 Euros |
| *Adresse du siège :* | 8 Boulevard Edouard Herriot 13008 MARSEILLE |
| *Durée de la société :* | Jusqu'au 06 OCTOBRE 2096 |
| *Date d'arrêté des comptes :* | 31 Mars |
| *Constitution - Dépôt de l'acte constitutif :* | Au Greffe du Tribunal de Commerce de NANTERRE le 06 Octobre 1997 sous le numéro 025641 |
| *Publication :* | Le parisien du 1 Octobre 1997 |
| *Transfert de :* | NANTERRE |
| *Dépôt de l'acte :* | Au Greffe du Tribunal de Commerce de MARSEILLE le 27 Janvier 1999 sous le numéro 1051 |
| *Publication au Greffe du nouveau siège :* | *Journal* Les nouvelles publications du 20 Janvier 1999 |

## ADMINISTRATION

| | |
|---|---|
| *Président* | Monsieur SUSSMANN DAVID<br>*né(e) le* 10/10/1970 à FONTENAY AUX ROSES 92260<br>*de nationalité* Française<br>*demeurant* 47 Boulevard DE BONNEVEINE 10 IMPASSE ROSELINE 13008 MARSEILLE |
| *Commissaire aux comptes titulaire* | Monsieur CLERE YVES<br>*demeurant* 47 Boulevard PAUL PEYTRAL 13006 MARSEILLE |
| *Commissaire aux comptes suppléant* | Monsieur LAN ROBERT<br>*demeurant* 47 Boulevard PAUL PEYTRAL 13006 MARSEILLE |

## RENSEIGNEMENTS RELATIFS A L'ACTIVITE COMMERCIALE

| | |
|---|---|
| *Origine de la société :* | Transfert du siège et de l'établissement principal<br>NANTERRE<br>*à compter du* 28 Décembre 1998<br>*ancien numéro R.C.S.* 097B04862 |
| *Origine du fonds ou de l'activité :* | Création d'un fonds de commerce |
| *Activité :* | le négoce et le commerce de gros de tous produits surgelés La prestation de services de conseils aux sociétés du secteur |



Le mot "ORIGINAL" ci-dessus signifie que vous êtes en présence d'un original émanant du greffe

IMPRIMERIE NATIONALE SÉCURITÉ

## *Extrait Kbis*

IMMATRICULATION AU REGISTRE DU COMMERCE ET DES SOCIETES
Extrait au 16 Juin 2008

| | |
|---|---|
| | l'alimentation congelés dans les domaines suivants : Prospectus et suivi de clientèle relations avec les entreposeurs transitaires compagnies maritimes administration (douanes etc ...) coordination et logistique publicité et marketing (sans stockage) |
| *Nom commercial :* | SEAFOODEXPORT.FR |
| *Adresse de l'établissement principal :* | 8 Boulevard Edouard Herriot 13008 MARSEILLE |
| *Commencement d'activité le :* | 01 Janvier 1999 |
| *Mode d'exploitation :* | Exploitation directe |

**OBSERVATIONS**

| | |
|---|---|
| *27 Janvier 1999 , numéro 59291* | La société ne conserve pas d'établissement secondaire dans le ressort de l'ancien siège |

Extrait délivré à MARSEILLE, le 17 juin 2008 sur 2 page(s)

Le Greffier,

RN

*Fin de l'extrait*



Le mot "ORIGINAL" ci-dessus signifie que vous êtes en présence d'un original émanant du greffe

IMPRIMERIE NATIONALE SÉCURITÉ